IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



FILED
2006 SEP -6 PM 4:48
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| VS. | CRIMINAL NO. SA06CR460 FB |
| JOSE FRANCISCO ROGEL-Rebollar, <br> a/k/a Jose Francisco Rojel-Rebollar, <br> a/k/a Jose Rebollar, | |
|     Defendant. | |

### NOTICE OF PENALTY ENHANCEMENT

Pursuant to Title 8, United States Code, Section 1326(b)(2), the United States Attorney hereby notifies the Defendant that upon conviction of the offense set out in the indictment or information the government intends to offer proof that the deportation alleged in the indictment or information was subsequent to the Defendant's conviction for the aggravated felony offense of Unlawful Possession of Marijuana, which occurred on or about March 6, 1992, in Cause No. 92-02-04023-CR, in the 293rd Judicial District Court, Maverick County, Texas. Pursuant to this enhancement, the Defendant may be sentenced to a term of imprisonment of up to twenty years, a term of supervised release of up to three years, a fine of up to $250,000, and a mandatory Special Assessment of $100.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By: /s/ Kelly Loving
KELLY LOVING
Assistant U. S. Attorney